UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHRISTIAN SANCHEZ, *on behalf of himself and all*                      :
*others similarly situated*,                                           :
                                                                       :
                          Plaintiff,      :  21-CV-544 (JPC)
                                                                       :
              -v-                                           :  ORDER
                                                                       :
APKE ECOMMERCE HOLDINGS LLC,                                           :
                                                                       :
                          Defendant.      :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 30, 2021, the parties filed a notice of settlement. Dkt. 20. The parties shall file a letter by September 30, 2021 updating the Court on the status of settlement discussions. If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* http://nysd.uscourts.gov/ecf_filing.php.

      SO ORDERED.

Dated: September 24, 2021
       New York, New York

                                                           JOHN P. CRONAN
                                                   United States District Judge